UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:09-00146 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief U.S. District Court Judge |
| | ) |
| RICHARD WAYNE WILSON | ) |

*ORDER*

*This motion is GRANTED the 12 months confinement at a halfway house as a condition of supervised release is VACATED.*

[Judge's signature]
*11-13-12*

RICHARD WAYNE WILSON'S MOTION REQUESTING THE COURT
TO REVISIT ITS ORDER OF OCTOBER 10, 2012 TEMPORARILY
SUSPENDING THE IMPOSITION OF TWELVE MONTHS
CONFINEMENT AT A HALFWAY HOUSE AS A CONDITION
OF HIS SUPERVISED RELEASE

COMES now, RICHARD WAYNE WILSON, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, pursuant to the order entered by the Court on October 10, 2012, and moves this Honorable Court to revisit the issue of the temporary suspension of the imposition of the requirement that Mr. Wilson serve twelve (12) months of confinement at a halfway house as a condition of his supervised release upon the completion of his period of incarceration in the Bureau of Prisons. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. By an order entered by this Court on October 20, 2012, (DE 39) the requirement that Mr. Wilson spend twelve (12) months of confinement in a halfway house upon completion of his period of confinement in the Bureau of Prisons was temporarily suspended "with the expectation of Mr. Wilson's release to a halfway house on the date set by the Bureau of Prisons of October 13, 2012."

1